DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BARNEY POUERIE,**
Appellant,

v.

**DANIEL CANE,**
Appellee.

No. 4D2023-2083

[August 1, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Paul A. Damico, Judge; L.T. Case Nos. 50-2023-DR-000113-AXXX-SB and 50-2023-MM-003879-AXXX-SB.

Ron Renzy of Sunshine Appeals, P.A., Coral Springs, for appellant

David R. Fine of K&L Gates LLP, Harrisburg, PA, and April Boyer and Mallory M. Cooney of K&L Gates LLP, Miami, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and LEVINE, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***